IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| VS. § | Case No: 2:21-CM-03634-MHT |
| § | |
| APPROXIMATELY 400 ROOSTERS, § | |
| HENS, YOUNG CHICKENS, AND § | |
| UNHATCHED CHICKENS LOCATED § | |
| AT AND AROUND 4295 COUNTY RD § | |
| 528, VERBENA, ALABAMA 36091 § | |
| § | |
| Defendant. § | |

## DEMAND FOR HEARING

COMES NOW, Chalea Tisdale Esq., and hereby enrolls his name as counsel of record for William Easterling. Mr. Easterling requests that the restraining order (Doc.2) is rescinded after the expiration of 14 days and/or demands a hearing pursuant 21 USC § 853(e)(1)(b) and the order entered by Judge Thompson on or before June 24, 2021.

Respectfully Submitted,

/s/ChaLea Tisdale
CHALEA TISDALE (TIS003)
Attorney for Defendant
160 St. Emanuel Street
Mobile, Alabama 36602
chalea@mobileallaw.com
Telephone (251) 445-6997
Facsimile (251) 445-6996

## CERTIFICATE OF SERVICE

I certify that this Motion was filed with the foregoing Clerk of the Court via United States Postal Service this 22nd day of June 2021.

/s/ *H. Chase Dearman*
				H. CHASE DEARMAN

Jonathan S. Ross
Assistant United States District Attorney
131 Clayton Street
Montgomery, Alabama 36104